| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) | Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Miami Jet Tours, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-1002263** | |
| 4. | **Debtor's address** | **Principal place of business**  **12707 NW 42 Ave**  **Opa Locka, FL 33054**  Number, Street, City, State & ZIP Code  **Miami-Dade**  County | **Mailing address, if different from principal place of business**  **PO Box 540711**  **Opa Locka, FL 33054**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.miamijettours.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Debtor  **Miami Jet Tours, Inc.**　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　　Name

**7. Describe debtor's business**　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　　When _____　　Case number _____
District _____　　When _____　　Case number _____

Debtor **Miami Jet Tours, Inc.**   Case number (*if known*)
_____Name_____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____    Relationship _____
    District _____  When _____  Case number, if known _____

11. **Why is the case filed in *this district*?**  *Check all that apply:*
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ■ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000
    ■ $1,000,001 - $10 million
    ☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Miami Jet Tours, Inc.**               Case number (*if known*)
       Name

| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Miami Jet Tours, Inc.**   Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 25, 2023**
              MM / DD / YYYY

**X** **/s/ Rafael Mulkay**                         **Rafael Mulkay**
    Signature of authorized representative of debtor      Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Zach B. Shelomith**                     Date **January 25, 2023**
    Signature of attorney for debtor                          MM / DD / YYYY

**Zach B. Shelomith 0122548**
Printed name

**LSS Law**
Firm name

**2699 Stirling Rd # C401**
**Fort Lauderdale, FL 33312**
Number, Street, City, State & ZIP Code

Contact phone  **(954) 920-5355**     Email address  **zbs@lss.law**

**0122548 FL**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Miami Jet Tours, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 25, 2023**    X **/s/ Rafael Mulkay**
Signature of individual signing on behalf of debtor

**Rafael Mulkay**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Miami Jet Tours, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Independence Bank** 1370 South County Trail East Greenwich, RI 02818 | | SBA Loan | | | | $65,000.00 |
| **Key Equipment Finance** 1000 S McCaslin Blvd Louisville, CO 80027 | | 2014 Setra S417 Motor Coach Passenger Bus, VIN 0195 | | $120,397.62 | $110,000.00 | $10,397.62 |
| **M&T Capital and Leasing Corporation** 850 Main St BC-03 Bridgeport, CT 06604 | | 2017 Setra, VIN: 0288, repossessed | | | | $202,591.39 |
| **Signature Financial LLC** 565 Fifth Ave New York, NY 10017 | | 2017 Setra, VIN: 0127, repossessed | | | | $358,505.66 |
| **Signature Financial LLC** 565 Fifth Ave New York, NY 10017 | | 2015 Setra, VIN: 0246, repossessed | | | | $252,245.44 |
| **Signature Financial LLC** 565 Fifth Ave New York, NY 10017 | | 2018 Temsa, VIN: 0490, repossessed | | | | $0.00 |
| **Signature Financial, LLC** 565 Fifth Ave New York, NY 10017 | | 2014 Setra, VIN: 0174, repossessed | | | | $270,113.06 |

Debtor **Miami Jet Tours, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Small Business Administration National Disaster Loan Resolution Center 200 W Santa Ana Blvd Ste 740 Santa Ana, CA 92701 | | SBA Economic Injury Disaster Loan | | | | $150,000.00 |
| TIAA Bank 501 Riverside Ave Jacksonville, FL 32202 | | 2017 Setra, VIN: 0287, repossessed | | | | $0.00 |
| Wells Fargo Equipment Finance 600 South 4th St 10th Fl Minneapolis, MN 55415 | | 2017 Setra, VIN: 0174, repossessed | | | | $0.00 |
| Wells Fargo Equipment Finance, Inc. 600 South 4th St. MAC N9300-100 Minneapolis, MN 55415 | | 2015 Setra S417 Motor Coach Passsenger Bus, VIN: 0210 | | $190,205.47 | $152,700.00 | $37,505.47 |
| Western Equipment Finance 503 US Rte 2 Ste 503 Devils Lake, ND 58301 | | 2017 Setra, VIN: 0128, repossessed | | | | $160,142.55 |
| WEX 1 Hancock St Portland, ME 04101 | | Critical vendor for business. | | | | $10,049.00 |

# United States Bankruptcy Court
## Southern District of Florida

In re   **Miami Jet Tours, Inc.**                                       Case No.  
                              Debtor(s)                                 Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 25, 2023**            **/s/ Rafael Mulkay**  
                                         **Rafael Mulkay**/**President**  
                                         Signer/Title

American Land of Opa Locka, LLC
12707 NW 42nd Ave
Opa Locka, FL 33054


Blue Lagoon Tours and Transportation Inc
12707 NW 42nd Ave.
Opa Locka, FL 33054


Brigestone Americas Tire Operations, LLC
200 4th Avenue South
Nashville, TN 37201


Canon Financial Services, Inc.
158 Gaither Dr
Mount Laurel, NJ 08054


Escot Bus Lines, LLC
6890 142nd Ave North
Largo, FL 33771


Independence Bank
1370 South County Trail
East Greenwich, RI 02818


Key Equipment Finance
1000 S McCaslin Blvd
Louisville, CO 80027


M&T Capital and Leasing Corporation
850 Main St BC-03
Bridgeport, CT 06604


MT Capital and Leasing Corporation
c/o Evan S. Goldstein
Updike, Kelly & Spellacy, P.C.
225 Asylum St, 20th Fl
Hartford, CT 06103


Northeast Bank
PO Box 1707
Lewiston, ME 04241


Rafael L. Mulkay
2078 SW 159 Terrace
Opa Locka, FL 33054

```
Signature Financial LLC
565 Fifth Ave
New York, NY 10017


Signature Financial LLC
c/o Ronald M. Emanuel, Esq.
Emanuel & Zwibel, PLLC
7900 Peters Road
Fort Lauderdale, FL 33324


Signature Financial, LLC
565 Fifth Ave
New York, NY 10017


Small Business Administration
National Disaster Loan Resolution Center
200 W Santa Ana Blvd Ste 740
Santa Ana, CA 92701


Sterling National Bank
500 Seventh Ave 3rd Fl
New York, NY 10018


TIAA Bank
501 Riverside Ave
Jacksonville, FL 32202


Wells Fargo Equipment Finance
600 South 4th St 10th Fl
Minneapolis, MN 55415


Wells Fargo Equipment Finance, Inc.
600 South 4th St.
MAC N9300-100
Minneapolis, MN 55415


Western Equipment Finance
503 US Rte 2 Ste 503
Devils Lake, ND 58301


WEX
1 Hancock St
Portland, ME 04101
```